No. 60414.—Morganite, Inc. v. United States, protests 263947–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of Morganite, Inc. v. United States (42 C. C. P. A. 207, C. A. D. 595), the claim of the plaintiff was sustained.